UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Henry Turner, Jr.<br>Christie M. Turner<br>1505 E. Moore St.<br>Valdosta, GA 31601 | Chapter 13<br><br>Case No: 17-71129-JTL |

## Withdrawal

Now comes the standing Chapter 13 Trustee and withdraws her objection filed on February 12, 2018 to claim # 4 by United Consumer Financial Services.

This 15 day of March 2018.

/s/ Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

| | |
|---|---|
| Henry Turner, Jr.<br>Christie M. Turner<br>1505 E. Moore St.<br>Valdosta, GA 31601 | Woodall & Woodall<br><br>(Counsel for Debtor) |

(Debtor)

United Consumer Financial Services
Bass And Associates, P. C.
3936 E. Ft. Lowell, Ste 200
Tucson, AZ 85712

(Creditor)

This 15 day of March 2018.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Henry Turner, Jr.<br>Christie M. Turner<br>1505 E. Moore St.<br>Valdosta, GA 31601 | Chapter 13<br><br>Case No: 17-71129-JTL |

/s/  Jon DeLoach

Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com